United States District Court
Southern District of Texas
**ENTERED**
January 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HAOTAI INTERNATIONAL SHIP LEASE CO., LIMITED**, Plaintiff, v. **M/V SALAMINA,** Her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem*; **ELETSON CHARTERING INC.**, *in personam*; **ELETSON HOLDINGS INC.**, *in personam*; **ELETSON CORPORATION**, *in parsonam*, Defendants. | § § § § § § § § § § § § § § | C.A. No. 4:21-cv-00221 IN ADMIRALTY, Rule 9(h) |

## ORDER FOR ISSUANCE OF
## WARRANT FOR ARREST OF VESSEL

CAME ON FOR CONSIDERATION the Plaintiff Haotai International Ship Lease Co., Limited's Motion for Issuance of Order and Warrant for Arrest of Vessel, and the Court having reviewed the Verified Original Complaint and other pleadings previously filed herein by Plaintiff, and having determined that the conditions appear to exist in compliance with Supplemental Admiralty Rules D and C and that the relief sought is proper, finds that Plaintiff's Motion is meritorious and is hereby **GRANTED**. It is hereby **ORDERED** as follows.

1. The District Clerk is hereby directed to issue a Warrant for Arrest of the M/V SALAMINA, IMO No. 9792840, her engines, apparel, furniture, equipment, appurtenances, tackle, etc.;

2. The United States Marshal for the Southern District of Texas is ordered to:

    a. Seize the M/V SALAMINA, IMO No. 9792840, her equipment and appurtenances;

    b. Serve a copy of the complaint and the warrant for the seizure and summonses on the master or person in possession of the vessel or his agent; and

      c.   Return the warrant promptly.

3.    While the vessel is under seizure, at the risk and expense of the vessel's interests, normal operations, including cargo handling, may continue aboard the vessel, and it may shift to another berth or to anchorage within the Port of Houston or Galveston, Texas.

4.    While the vessel is under seizure, she shall be allowed to load and discharge cargo and the master and crew shall be permitted to carry out their usual duties, at the risk and expense of the Vessel, so long as the Vessel does not leave this Court's jurisdiction.  If it becomes necessary for the M/V SALAMINA to shift berths or shift to anchorage areas, so long as the M/V SALAMINA does not leave the Port of Houston or Port of Galveston within this Court's jurisdiction, this shall be allowed upon execution of an agreement by the party requiring the shift agreeing to indemnify the U.S. Marshal and the United States of America from any claim or cause of action that may result from shifting the Vessel.

5.    The vessel may be released from seizure without a further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

SIGNED at Houston this 22nd day of January 2021.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE