IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAOTAI INTERNATIONAL SHIP LEASE CO., LIMITED, <br> Plaintiff, <br> v. <br> M/V SALAMINA, <br> Her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem*; ELETSON CHARTERING INC., *in personam*; ELETSON HOLDINGS INC., *in personam*; ELETSON CORPORATION, *in parsonam*, <br> Defendants. | § § § § § § § § § § § § § § § | C.A. No. 4:21-cv-00221 <br> IN ADMIRALTY, Rule 9(h) |

## **WARRANT FOR ARREST**

TO: U.S. MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

In the name of the United States District Court for the Southern District of Texas, you are commanded immediately to arrest the M/V SALAMINA, IMO No. 9792840, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., which is or soon will be present at the Port of Houston, Texas or wherever she may be found in this District.

YOU ARE HEREBY further commanded to serve a copy of the Verified Original Complaint, Summons to defendants, the Order for Issuance of Warrant for Arrest of Vessel, and this Warrant on the master or person in possession of the vessel or his agents, and promptly return your writ. The Vessel may continue to load and/or unload cargo and/or shift berths or shift anchorage areas while under seizure, all at the risk of the Vessel's interests, in accordance with the Order authorizing this Warrant and subject to the Court's jurisdiction.

CLERK OF COURT

Dated:___1/22/2021_____     By: ____/s/ William Bostic_____
                                                                    Deputy Clerk